57 A.3d 552

IN THE MATTER OF RUTH A. RIFKIN, AN ATTORNEY
AT LAW (ATTORNEY NO. 010551990).

December 19, 2012.

## ORDER

**RUTH A. RIFKIN** of **PHILADELPHIA, PENNSYLVANIA,**
who was admitted to the bar of this State in 1990, and the
Director of the Office of Attorney Ethics having submitted to the
Court their consent that **RUTH A. RIFKIN** remain on disability
inactive status pursuant to *Rule* 1:20–12, as ordered by the Court
on December 22, 2004;

And it appearing that **RUTH A. RIFKIN** lacks the capacity to
practice law;

And good cause appearing;

It is ORDERED that **RUTH A. RIFKIN** remain on disability
inactive status pursuant to *Rule* 1:20–12 until the further Order of
the Court; and it is further

ORDERED that **RUTH A. RIFKIN** continue to be restrained
from practicing law during the period that she remains on disabili-
ty inactive status; and it is further

ORDERED that **RUTH A. RIFKIN** continue to comply with
*Rule* 1:20–20 dealing with incapacitated attorneys.